```
      IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF ALABAMA
                 SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| vs. | * |
| | *   CRIMINAL NO. 23-00171-JB |
| ZESHAN MALIK FAYYAZ, | * |
| | * |
| Defendant. | * |

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held before the undersigned Magistrate Judge on December 12, 2023. Conference participants included Neil Stewart Hanley, counsel for Defendant Zeshan Malik Fayyaz, and Assistant U.S. Attorney George May, counsel for the Government. At the conference, counsel advised Defendant intends to change his plea of not guilty and enter a plea of guilty pursuant to a plea agreement.

Accordingly, this matter is set for a guilty plea hearing on **December 18, 2023**, at **4:00 p.m. (CST)**, before Chief United States District Judge Jeffrey U. Beaverstock, in **Courtroom 4A** of the United States District Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

The parties are **ORDERED** to file the written Rule 11 plea agreement and factual resume not later than **one (1) full day prior to the guilty plea hearing.**

If Defendant decides not to plead as set forth above, counsel shall immediately notify the undersigned Magistrate Judge, so that

the guilty plea hearing may be canceled, and the pretrial conference rescheduled.

The United States Marshal is **DIRECTED** to produce Defendant Zeshan Malik Fayyaz for the above-referenced guilty plea hearing.

**ORDERED** this **13th** day of **December, 2023.**

                                              **/s/ SONJA F. BIVINS**
                                      **UNITED STATES MAGISTRATE JUDGE**